**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IVAN T. PAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CV1951 FRB |
| | ) | |
| ERICA MCDOWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion.  Plaintiff has submitted an unsigned complaint.  "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention."  Fed. R. Civ. P. 11.  As a result, the Court will order the Clerk to return the complaint to plaintiff so that plaintiff may sign it and return it to the Court for filing.  If plaintiff fails to comply with this Order, this case will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the complaint to plaintiff.

**IT IS FURTHER ORDERED** that plaintiff shall sign the complaint and return it to the Court within twenty (20) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this case will be dismissed without prejudice.

Dated this 19th day of December, 2011.

_____
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE